UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ani Marcheva, Plaintiff v. Office of the Labor Commissioner, Defendant | Case No. 2:26-cv-02283-CDS-EJY **Order Accepting Magistrate Judge's Report and Recommendation** [ECF No. 6] |

Pro se plaintiff Ani Marcheva brings this complaint against the Office of the Labor Commissioner under federal question jurisdiction. Compl., ECF No. 1-1. U.S. Magistrate Judge Elayna J. Youchah screened Marcheva's filings and issued a report and recommendation (R&R) that I deny Marcheva's application to proceed *in forma pauperis* and dismiss this case with prejudice because there is no identifiable cause of action or demand for relief. R&R, ECF No. 5. Under Local Rule IB 3-2(a) and 28 U.S.C. § 636(b)(1)(C), Marcheva had fourteen days—until August 11, 2026—to file any specific, written objections to the magistrate judge's R&R. *Id.* at 2. Marcheva sought an extension of the deadline (ECF No. 8) and was granted an additional twenty days to file an objection (ECF No. 9), extending the deadline to August 31, 2026. However, that deadline passed and no objection is filed.[1] The law is clear that "no review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

[1] On August 31, 2026, Marcheva filed a document titled "Termination of FOP." ECF No. 10. The document presents no cogent argument and lacks any clear or coherent meaning. It also contains unrelated materials, such as emails, a constituent message form, and photographs of two unidentified individuals. *Id.* at 3–15. I do not construe this as an objection to the magistrate judge's R&R.

Although de novo review is not required, I nonetheless independently reviewed the complaint and agree with Judge Youchah's conclusions. The complaint is devoid of any cognizable legal theory or factual basis sufficient to support a claim for relief. Indeed, amendment would be futile. Accordingly, I adopt the magistrate judge's findings and accept the report and recommendation in full.

## Conclusion

It is hereby ordered that the magistrate judge's report and recommendation **[ECF No. 6] is accepted and adopted in full**; therefore, the plaintiff's application to proceed *in forma pauperis* **[ECF No. 1] is denied without prejudice**. The complaint is dismissed with prejudice.

The Clerk of Court is kindly directed to enter judgment accordingly, and to close this case. No additional documents may be filed in this now-closed case.

Dated: September 3, 2026

_______________________________
Cristina D. Silva
United States District Judge